# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

COTY C. MEWES,

        Defendant.

Case No. 20-mj-08080-JPO

## CRIMINAL COMPLAINT

I, Brady Flannigan, the complainant in this case, being duly sworn, state the following is true and correct to the best of my knowledge and belief, and establishes probable case that the following offense has been committed.

### COUNT 1

On or about March 19, 2020, in the District of Kansas, the defendant,

**COTY C. MEWES,**

did knowingly escape from the Grossman Residential Reentry Center, a Community Corrections halfway house in Leavenworth, Kansas, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a Judgment of the United States District Court for the Western District of Missouri, in Case number 4:17-CR-00253-BP(1), upon conviction for Felon in Possession of a Firearm, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

This was done in violation of Title 18, United States Code, Section 751(a).

## STATEMENT OF FACTS

This complaint is based on the following facts, which are known to me as a result of my personal participation in this investigation, and from reports made to me by other agents and agencies.

1. I am a Deputy United States Marshal (DUSM) with the United States Marshals Service (USMS). I am currently assigned to the Kansas City Division as a member of the Kansas City Violent Crime Task Force. I have served as a DUSM for over 10 years, and am a commissioned federal law enforcement officer. I have successfully completed the Criminal Investigator Training Program and Basic Deputy United States Marshal training program at the Federal Law Enforcement Training Center in Glynco, GA. As a DUSM, I am responsible for investigating and apprehending federal fugitives. I have been involved in numerous criminal, fugitive, and apprehension investigations and operations. In total, I have been a commissioned law enforcement officer for over 18 years. As a federal agent, I am authorized to execute warrants and make arrests for offenses against the United States of America. This complaint is based on the following facts, which are known to me as a result of my personal participation in this investigation, and from reports made to me by other law enforcement agents.

2. On April 20, 2018, Coty C. Mewes was sentenced to 36 months' imprisonment in the Bureau of Prisons (BOP), by the United States District Court for the Western District of Missouri, Case number 4:17-CR-00253-BP(1), upon conviction for a Felon in Possession of a Firearm offense, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

3. On January 14, 2020, Mewes was transferred by the BOP to the Grossman Residential Reentry Center (RRC), 4715 Brewer Place, Leavenworth, Kansas. Mewes remained in BOP custody at the RRC and was scheduled to be released on May 7, 2020.

4. The Leavenworth, Kansas Grossman Center is a residential reentry center ("RRC") that provides transitional services for BOP inmates who are serving the final part of their sentences.

5. On March 19, 2020, at approximately 10:45 p.m., RRC staff conducted a routine count at the facility. At that time, RRC staff noticed Mewes as missing. Mewes was not authorized to leave the facility. An emergency search was subsequently conducted. This search included the inside and outside grounds of the RRC. RRC staff verified that Mewes was missing from the facility. RRC staff members made numerous calls to Mewes' cell phone, with no answer. Mewes' emergency contact, Kelly Mewes, was contacted. Kelly Mewes informed staff she had no idea of Mewes' location. At approximately 11:15 p.m., Mewes was placed on escape status by the BOP. On March 20, 2020, the United States Marshals Service received an escape notification from the BOP regarding Mewes. At this time, Mewes has not returned to the RRC and his whereabouts are unknown.

Based on the foregoing, I respectfully submit there is probable cause to believe that Coty C. Mewes has violated Title 18, United States Code, Section 751(a).

Brady Flannigan
Deputy United States Marshal

Sworn to and attested by affiant via telephone after being submitted to me by reliable electronic means on March 20 2020.

s/James P. O'Hara

Honorable James P. O'Hara
United States Magistrate Judge
District of Kansas

3

## PENALTIES:

Count 1: Escape from Custody, 18 U.S.C. 751(a)

- NMT 5 years imprisonment
- NMT $250,000 fine
- NMT 3 years S.R.
- $100 special assessment