AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Kansas

FILED
MAR 3 1 2020
TIMOTHY M. O'BRIEN CLERK
By_____CA_____Deputy

| United States of America | ) |
|---|---|
| v. | ) |
| COTY C. MEWES | ) Case No. 20-mj-08080-JPO |
| _32717-045_ | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   COTY C. MEWES                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Escape from Custody, Title 18, United States Code, Section 751(a)

Date:   03/20/2020                                                  s/Yolanda J. Holman
                                                                        *Issuing officer's signature*

City and state:   Kansas City, KS                         Yolanda J. Holman, Deputy Clerk
                                                                        *Printed name and title*

---

**Return**

This warrant was received on *(date)* _3-20-20_ , and the person was arrested on *(date)* _3-31-20_
at *(city and state)* _Kansas City, MO_ .

Date: _3-31-20_

                                                                        _____
                                                                        *Arresting officer's signature*

                                                                        B.M. Flannigan, Deputy USM
                                                                        *Printed name and title*