IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

UNITED STATES OF AMERICA,

            **Plaintiff,**

  **v.**

**COTY C. MEWES,**

            **Defendant.**

Case No. 20-20032-DDC-JPO

## INDICTMENT

The Grand Jury charges:

## COUNT 1

On or about March 19, 2020, in the District of Kansas, the defendant,

**COTY C. MEWES,**

knowingly escaped from the Grossman Residential Reentry Center, a Community Corrections halfway house in Leavenworth, Kansas, an institutional facility where he was lawfully confined at the direction of the Attorney General by virtue of an order of the United States District Court for the Western District of Missouri, Case Number 4:17-CR-00253-BP(1), upon conviction for Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL.

Dated: June 16, 2020

s/Foreperson
FOREPERSON

s/ *Trent M. Krug*, #19454 for
STEPHEN R. MCALLISTER
United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, KS 66101
(913) 551-6730
(913) 551-6541 (fax)
Stephen.mcallister@usdoj.gov
Ks. S. Ct. No. 15845

(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

Ct. 1:   18 U.S.C. § 751(a) – Escape from Custody

- NMT 5 Years Imprisonment;
- NMT $250,000 Fine;
- NMT 3 Years Supervised Release; and
- $100 Special Assessment.